David J. McGlothlin, Esq. (SBN 026059)
david@southwestlitigation.com
**Hyde & Swigart**
2633 E. Indian School Road, Ste. 460
Phoenix, AZ 85016
Telephone: (602) 265-3332
Facsimile:  (602) 230-4482

Ryan L. McBride, Esq. (SBN 032001)
ryan@kazlg.com
**Kazerouni Law Group, APC**
2633 E. Indian School Road, Ste. 460
Phoenix, AZ 85016
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **Tiffany Schoeneman,** | **Case No.:** 2:17-cv-00317-JJT |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| **Stellar Recovery, Inc. and Comenity Bank;** | |
| Defendants. | |

  Please take notice that the parties have settled this matter in its entirety. The parties request all hearings, including the settlement conference with Judge Willett be vacated. The parties further request 45 days from the date of this notice to file a stipulation to dismiss with each party to bear their own attorney's fees and costs.

Dated: January 31, 2017                    Respectfully submitted,

                                 BY: /S/ DAVID MCGLOTHLIN
                                     DAVID MCGLOTHLIN, ESQ.
                                     ATTORNEY FOR PLAINTIFF

NOTICE OF SETTLEMENT                  1