NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tiffany Schoeneman, | No. CV-17-00317-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Stellar Recovery Incorporated, *et al.*, | |
| Defendants. | |

A Notice of Settlement (Doc. 27) having been filed,

IT IS ORDERED that this matter will be dismissed with prejudice 45 days after the docketing of this order unless the parties file a stipulation to dismiss prior to that date. The settlement constitutes an accord which has extinguished the underlying claim. All pending hearings and motions are deemed moot.

Dated this 23rd day of October, 2017.

Honorable John J. Tuchi
United States District Judge