NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tiffany Schoeneman,<br><br>    Plaintiff,<br><br>v.<br><br>Stellar Recovery Incorporated, *et al.*,<br><br>    Defendants. | No. CV-17-00317-PHX-JJT<br><br>**ORDER** |

Upon review of the parties' Stipulation for Dismissal (Doc. 32), and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 32). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 2nd day of February, 2018.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　United States District Judge